STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-MJ-70389-MAG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| VIRGIL ELBERT, | |
| Defendant. | |

1  This case is currently set for a status hearing on May 26, 2022.  The parties are requesting a continuance of the matter before the duty Magistrate Judge to 2:30 p.m. on July 27, 2022, on the Magistrate Court Zoom Calendar.  This will provide the parties with needed time to review discovery and discuss resolution of the case.  The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act for effective preparation of counsel.  Therefore, the parties respectfully request that the hearing currently scheduled on May 26, 2022, be vacated and the case be continued until 2:30 p.m. on July 27, 2022, on the Magistrate Court Zoom Calendar.

DATED:  May 20, 2022

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

 /s/
ABRAHAM FINE
Assistant United States Attorney

DATED:  May 20, 2022

/s/
ANGELA HANSEN
Counsel for Defendant VIRGIL ELBERT

**ORDER**

For the reasons stated above, the Court CONTINUES this case to 2:30 p.m. on July 27, 2022, on the Magistrate Court Zoom Calendar for arraignment/preliminary hearing.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time for preliminary hearing under Rule 5.1 and under the Speedy Trial Act from May 26, 2022, to July 27, 2022. The Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 20, 2022

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*