1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3717
7      FAX: (510) 637-3724
       Abraham.fine@usdoj.gov
8

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )  CASE NO. 4:21-MJ-70389-MAG
                                        )
14         Plaintiff,                   )  **STIPULATION AND ORDER**
                                        )
15     v.                               )
                                        )
16 VIRGIL ELBERT,                       )
                                        )
17         Defendant.                   )
                                        )

This case is currently set for a status hearing on July 27, 2022. The parties are requesting a continuance of the matter before the duty Magistrate Judge to 10:30 a.m. on August 9, 2022, for an in-person hearing. This will provide the parties with needed time to review discovery and discuss resolution of the case. The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act for effective preparation of counsel. Therefore, the parties respectfully request that the hearing currently scheduled on July 27, 2022, be vacated and the case be continued until 10:30 a.m. on August 9, 2022.

DATED: July 20, 2022

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

 /s/
ABRAHAM FINE
Assistant United States Attorney

DATED: July 20, 2022

/s/
ANGELA HANSEN
Counsel for Defendant VIRGIL ELBERT

Case 4:21-mj-70389-MAG   Document 26   Filed 07/21/22   Page 3 of 3

**ORDER**

For the reasons stated above, the Court CONTINUES this case to 10:30 a.m. on August 9, 2022, for an in-person hearing.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time for preliminary hearing under Rule 5.1 and under the Speedy Trial Act from July 27, 2022 to August 9, 2022. The Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 21, 2022



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge
STIPULATION AND ORDER  3
4:21-MJ-70389-MAG